UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE PIERCE,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO CLEARING SERVICES, LLC and MATTHEW GORDON,<br><br>Defendants. | Docket No. 3:19-cv-00163 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2), plaintiff Jacqueline Pierce, and the defendants, Wells Fargo Clearing Services, LLC and Matthew Gordon, hereby stipulate to dismissal with prejudice of this action, with each party to bear their own costs and attorney's fees.

PLAINTIFF
JACQUELINE PIERCE

By: _____
Daniel H, Kryzanski, Esq.
Law Offices of Daniel H. Kryzanski
30 Ferry Blvd. #2
Stratford, CT 06615
Phone: (203) 380-1384
Fax: (203) 380-1598

DEFENDANTS
WELLS FARGO ADVISORS, LLC AND
MATTHEW GORDON

By: _____
Tracey Salmon-Smith, Esq.
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7000
Fax: (973) 360-9831

120901257

## CERTIFICATION

I hereby certify that on this 21st day of October, 2019 the foregoing was filed electronically. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DEFENDANTS
WELLS FARGO CLEARING SERVICES, LLC
and MATTHEW GORDON

By: _____

Tracey Salmon-Smith, Esq.
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
Phone: (973) 549-7000
Fax: (973) 360-9831

120901257